UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

                Plaintiff,

vs.

FLY NYON LLC,

                Defendant.
---------------------------------------------------------------x

Case No.: 1:21-cv-10393-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Fly Nyon LLC.

DATED:  May 2, 2022                **MIZRAHI KROUB LLP**

                              /s/ EDWARD Y. KROUB
                              EDWARD Y. KROUB

SO ORDERED.

*[signature]*

May 3, 2022

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*